IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROSEZETTA CHANNELL NELSON**                                                                **PLAINTIFF**

V.                                                                                           **CAUSE NO. 3:20-CV-452-CWR-RPM**

**COMMISSIONER OF SOCIAL**                                                                   **DEFENDANT**
**SECURITY**

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Robert P. Myers, Jr., entered on December 1, 2021. Docket No. 18. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 10.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the case is remanded to the Social Security Administration.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 11th day of January, 2022.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE